William M. LEWIS, Jr.,
Plaintiff–Appellant,

v.

UGLY DUCKLING CAR SALES; Commonwealth of Virginia, Henrico County; Hanover County, Defendants–Appellees.

No. 03–1062.

United States Court of Appeals,
Fourth Circuit.

Submitted April 14, 2003.

Decided May 1, 2003.

William M. Lewis, Jr., Appellant Pro Se. Jay Owen Millman, Brenner, Dohnal, Evans & Yoffy, Richmond, Virginia; James Thomas Moore, III, Commonwealth Attorney's Office, Richmond, Virginia; Jeremy David Capps, Harman, Claytor, Corrigan & Wellman, Richmond, Virginia, for Appellees.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

William M. Lewis, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Lewis v. Ugly Duckling Car Sales*, No. CA–02–741–3 (E.D.Va. Dec. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*